NEW YORK SECURITY AND TRUST COMPANY, as Substituted Trustee of the Trusts Created by the Will of DAVID OLYPHANT VAIL, Deceased, et al., Appellants, *v.* ROSALIE SCHOENBERG, Individually and as Trustee under the Will of JOSEPH ROSENFIELD, Deceased, et al., Defendants, and SOLOMON ROSENFIELD et al., Appellants.

NORTH RIVER SAVINGS BANK, Respondent.

*N. Y. Security & Trust Co.* v. *Schoenberg,* 87 App. Div. 262, affirmed.
(Argued January 4, 1904; decided January 19, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 20, 1903, which reversed an order of Special Term directing the respondent herein to complete its purchase of certain premises.

*Frederic R. Coudert, Lorenzo Semple* and *Howard Thayer Kingsbury* for plaintiffs, appellants.

*Harold Nathan* for defendants, appellants.

*Harold Swain* and *N. B. Sanborn* for respondent.

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN and CULLEN, JJ. Absent: O'BRIEN and WERNER, JJ.